*Mr. William P. Smith* and *Mr. Frank B. Shutts* for petitioner. *Mr. Frederick M. Hudson* for respondent.

---

No. 857. JOHN FAIR NEW, PETITIONER, *v.* UNITED STATES. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. R. E. Ragland* for petitioner. *The Solicitor General* and *Mr. Assistant Attorney General Fitts* for the United States.

---

No. 879. H. P. MEIKLEHAM, PETITIONER, *v.* MRS. VIRGINIA A. GRAFTON. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Arthur G. Powell* and *Mr. Robert C. Alston* for petitioner. *Mr. George E. Maddox* for respondent.

---

No. 880. JOHN PATERLINI ET AL., PETITIONERS, *v.* MEMORIAL HOSPITAL ASSOCIATION OF MONONGAHELA CITY, PA., ET AL. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Arthur O. Fording* for petitioners. No appearance for respondents.

---

No. 882. UPPER HUDSON STONE COMPANY, PETITIONER, *v.* JOSEPH LESLIE WHITE ET AL. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr.*

*Francis Martin* for petitioner. *Mr. Mark Ash* for respondents.

---

No. 884. JUDSON HARMON ET AL., RECEIVERS, ETC., PETITIONERS, *v.* LUCINDA BARBER, ADMINISTRATRIX. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Morison R. Waite* and *Mr. John Randolph Schindel* for petitioners. *Mr. C. B. Matthews* for respondent.

---

No. 888. ARMANIS F. KNOTTS, PETITIONER, *v.* CLARK CONSTRUCTION COMPANY. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. W. J. Whinery* for petitioner. *Mr. Joseph W. Moses*, *Mr. Hamilton Moses* and *Mr. Walter Bachrach* for respondent.

---

No. 889. JAMES ALLEN, PETITIONER, *v.* CHICAGO & ALTON RAILROAD COMPANY. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George C. Otto* for petitioner. *Mr. Silas H. Strawn* and *Mr. Edward W. Everett* for respondent.

---

No. 907. L. B. BEARD ET AL., PETITIONERS, *v.* HORACE L. PAYNE ET AL. March 18, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Nathan A. Gibson* and *Mr. Joseph L. Hull* for petitioners. *Mr. George S. Ramsey*, *Mr. Edgar A. deMeules*, *Mr. Malcolm E. Rosser*, *Mr. Villard Martin* and *Mr. J. Berry King* for respondents.